UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-35377 |
|---|---|
| RONALD L. WILKES | (Chapter 13) |
| LISA R. WILKES | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985939**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 15/ 1,053 | DIAGNOSTIC PATHOLOGY SERVICE<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH  43614 | 82.95 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service                     05-35377

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RONALD L. WILKES
LISA R. WILKES
15203 17TH AVENUE EAST
BRADENTON, FL  34212

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(66.1n)
DALE ANN GOLDBERG
ASST US ATTORNEY
602 FEDERAL BLDG 200 W 2ND ST
DAYTON, OH  45402

(1052.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
15 WEST FOURTH STREET STE 100
DAYTON, OH  45402

(1053.1)
DIAGNOSTIC PATHOLOGY SERVICE
5620 SOUTHWYCK BLVD
TOLEDO, OH  43614

(45.1n)
EDWARD A BAILEY
REIMER LORBER & ARNOVITZ
BOX 968
TWINSBURG, OH  44087

(46.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                              cs